The People of the State of New York ex rel. Deforest Grant and Others v. Atlantic Terra Cotta Company and Others.— Motion denied, with ten dollars costs. Settle order on notice.

In the Matter of The Public Service Commission. (Manhattan Bridge Route, Revised). In the Matter of The Public Service Commission (Canal Street Route). In the Matter of The Public Service Commission (River Avenue Elevated Road, The Bronx).— Motions granted. Settle orders on notice.

In the Matter of Wilbur L. Ball.— Proceeding dismissed. Settle order on notice.

In the Matter of Herbert F. Andrews. In the Matter of Maurice M. Greenstein. In the Matter of Matthew P. Doyle. In the Matter of Edgar Logan. In the Matter of Maurice B. Gluck. In the Matter of Joseph A. Flannery.— References ordered. Settle orders on notice.

---

## SECOND DEPARTMENT, JUNE, 1909.

HARRY B. HOLLINS and Others, Doing Business under the Name and Style of H. B. HOLLINS & COMPANY, Appellants, v. WILLIAM R. GARRISON, Respondent, Impleaded with NEW YORK AND JAVA TRADING COMPANY and C. EDWIN HUNT, Defendants.

*Practice — case on appeal — exhibits.*

Appeal by the plaintiffs from an order of the Special Term, entered in the office of the clerk of the county of Westchester on the 8th day of March, 1909, denying a motion to vacate an order, granted *ex parte*, extending the defendant's time to make and serve the case on appeal until one week after the delivery to Schuyler C. Carlton, his attorney, of the original exhibits in the possession of the plaintiffs, or copies thereof.

PER CURIAM: We do not think the original exhibits should be taken from the custody of the plaintiffs nor that they should be put to the expense of making copies. If the exhibits were actually, as well as constructively, in the possession of the court, the defendants would have to pay the expense of making copies. The plaintiffs should furnish the defendants reasonable opportunity to make copies of the exhibits, and it appears to be undisputed that that has been done. Inasmuch as the defendant's time to serve the case on appeal has expired and a reversal of the order will leave him in default, his time to serve the case on appeal may be extended until ten days after the service of a copy of the order made on this appeal. Hirschberg, P. J., Jenks, Gaynor, Rich and Miller, JJ., concurred. Order reversed, with ten dollars costs and disbursements; and motion granted, with costs; ten days to serve case after service of copy of this order.